# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) | Torrent File |
|---|---|---|---|
| 108.13.50.250 | Verizon Online | 2011-03-12 02:00:59 AM | Sintia2.wmv |
| 24.130.104.22 | Comcast Cable Communications | 2011-03-17 02:12:30 AM | Sintia2.wmv |
| 24.205.138.85 | Charter Communications | 2011-03-13 01:33:11 AM | Sintia2.wmv |
| 24.205.86.131 | Charter Communications | 2011-03-11 10:14:30 PM | Sintia2.wmv |
| 24.205.90.47 | Charter Communications | 2011-03-14 02:50:07 AM | Sintia2.wmv |
| 66.215.226.51 | Charter Communications | 2011-03-17 01:11:58 AM | Sintia2.wmv |
| 68.107.63.75 | Cox Communications Inc. | 2011-03-17 02:23:31 AM | Sintia2.wmv |
| 68.238.75.248 | Verizon Online | 2011-03-17 03:32:14 AM | Sintia2.wmv |
| 71.193.51.37 | Comcast Cable Communications | 2011-03-18 12:19:09 AM | Sintia2.wmv |
| 71.202.50.28 | Comcast Cable Communications | 2011-03-17 04:16:05 AM | Sintia2.wmv |
| 71.246.59.84 | Verizon Online | 2011-03-16 02:03:28 AM | Sintia2.wmv |
| 75.80.174.115 | Road Runner HoldCo | 2011-03-16 11:30:56 PM | Sintia2.wmv |
| 98.210.122.44 | Comcast Cable Communications | 2011-03-11 09:44:30 PM | Sintia2.wmv |
| 98.238.200.124 | Comcast Cable Communications | 2011-03-16 10:40:24 PM | Sintia2.wmv |
| 99.146.1.70 | AT&T Internet Services | 2011-03-19 07:40:16 AM | Sintia2.wmv |
| 99.146.3.9 | AT&T Internet Services | 2011-03-19 08:48:49 AM | Sintia2.wmv |
| 99.186.247.142 | AT&T Internet Services | 2011-03-19 09:31:21 AM | Sintia2.wmv |