Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VIPER INTERNATIONAL, | ) | **Case No.** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CORPORATE PARTY DISCLOSURE** |
| | ) | **STATEMENT AND CERTIFICATION OF** |
| DOES 1-17, | ) | **INTERESTED ENTITIES OR PERSONS** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of

record, hereby submits that Viper Internationale does not have a parent corporation that owns 10%

or more of its stock.

Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the

undersigned believes there are no known persons, associations of persons, firms, partnerships,

corporations (including parent corporations), or other entities (other than the parties themselves) that

may have personal or affiliated financial interest in the subject matter in controversy, or any other kind of interest that could be substantially affected by the outcome of the proceeding.   In other words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report."

Respectfully Submitted,

Steele Hansmeier PLLC.

**DATED:**

By: _____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

2
CORPORATE AND INTERESTED PARTY DISCLOSURE                                    CV-11-XXXX-ABC