1  ANONYMOUS/UNNAMED
2  DOE DEFENDANT
   **IP Address: 66.215.226.51**
3
4
5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
                          OAKLAND DIVISION
8

9  VPR INTERNATIONAL,                )   Case No.: C 11-01494 LB
                                      )
10                                    )
                                      )
11            Plaintiffs,             )   OBJECTION TO SUBPOENA/
                                      )   COURT ORDER
12    vs.                             )
                                      )
13  DOES 1-17,                        )
                                      )
14                                    )
              Defendant(s)            )
15                                    )
                                      )
16  ─────────────────────────────────

17       TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

18  OF RECORD:

19
         This unnamed DOE defendant does hereby object to the subpoena/order
20
21  requesting that Charter Communication disclose personal and identifying

22
    information concerning the following **IP Address: 66.215.226.51.**, and concerning
23
24  the alleged download of a certain copyrighted work, <u>SINTIA 2</u>.

25       This Objection is made pursuant to Rule 45 of the Federal Rules of Civil

26  Procedure and on general Right to Privacy grounds; this anonymous/unnamed Doe
27
28

1  Defendant denies any of the allegations of Plaintiff's complaint, denies any
2  wrongdoing on his/her part and denies that Plaintiff has been damaged whatsoever
3
4  by any alleged copyright infringement.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OBJECTION TO SUBPEONA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action;

On June 29, 2011 I served the foregoing document described as OBJECTION TO SUBPEONA on interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Brett L. Gibbs, Esq.
Steele Hansmeier, PLLC
38 Miller Avenue, Unit 263
Mill Valley, CA  94941

Charter Communications
VIA TELEFACSIMILE ONLY
(314) 909-0609

(   ) By Fax

(   ) By Personal Delivery

( X ) By Mail

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on **June 29, 2011** at Los Angeles, California.

( X )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Catherine Kim

OBJECTION TO SUBPEONA