1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VPR INTERNATIONALE, ) | No. C-11-01494 LB |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| DOES 1-17, ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On July 18, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing, the court **CONTINUES** the case management conference currently scheduled for August 11, 2011 to November 17, 2011 at 10:30 a.m.

DATED: July 21, 2011

IT IS SO ORDERED

Judge Laurel Beeler
United States Magistrate Judge

ORDER CONTINUING CMC
C 11-1494 LB