Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VPR INTERNATIONALE, | No. C-11-01494 LB |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE |
| DOES 1-17, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant remaining in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

1  Plaintiff prays that the Court enter a judgment reflecting the above.

2

3

   Respectfully Submitted,

4

                                   STEELE HANSMEIER PLLC,

5

**DATED: September 27, 2011**

6

7                       By:      /s/ Brett L. Gibbs, Esq.

8                       Brett L. Gibbs, Esq. (SBN 251000)
                        Steele Hansmeier PLLC.
9                       38 Miller Avenue, #263
                        Mill Valley, CA 94941
10                      blgibbs@wefightpiracy.com
                        *Attorney for Plaintiff*

11

12

...

28

2
NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE    No. C-11-01494 LB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 27, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.
